No. 73–5854. MONTOYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5855. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5857. HERNANDEZ-PADILLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5895. HUBBARD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 73–5973. FARNSWORTH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5989. ZOGBY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5990. WALLACE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5991. KING ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6008. McGANN v. UNITED STATES BOARD OF PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–6012. FLETCHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6020. McGANN ET AL. v. UNITED STATES BOARD OF PAROLE. C. A. 3d Cir. Certiorari denied.

No. 73–6035. KNOX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6074. GORE v. LEEKE, CORRECTIONS DIRECTOR Sup. Ct. S. C. Certiorari denied.

No. 73–6077. STANLEY v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.